# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA        :

vs.                             : CRIMINAL NO.: 24-00006-KD-N

MIGUEL WAYNE HALL               :

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 132) and without any objection having been filed by the parties, Defendant's plea of guilty to Count Two of the Superseding Indictment charging violations of Title 18 United States Code Section 922(g)(1), Possession of a Firearm by a Prohibited Person (felon), is accepted and Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **September 19, 2024, at 10:00 a.m.** in Courtroom 4B of the United States Courthouse, 155 St. Joseph St., Mobile, Alabama 36602.

**DONE and ORDERED** this the 17th day of June 2024.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE